DENISON *et al. v.* DENISON *et al.*, (two cases.)

*(Supreme Court, General Term, Fourth Department.* November, 1891.)

Actions by Robert B. Denison and others against Caroline L. Denison, and by George E. Denison against James L. Denison.

No opinion. Judgment affirmed, with $10 costs and disbursements.